IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LISA S. DURAN                                                                                           PLAINTIFF

vs.                                            Civil No. 4:09-cv-04091

MICHAEL J. ASTRUE                                                                                 DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

For reasons stated in a memorandum opinion of this date, I hereby **GRANT** Defendant's Unopposed Motion For Remand (Doc. No. 7), and remand this case for further consideration pursuant to Sentence Six of 42 U.S.C. § 405(g).

**ENTERED this 30th day of October, 2009.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE